United States District Court
Southern District of Texas
**ENTERED**
October 20, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDWARD SERMENT, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CELANESE COMPANY, <br><br> Defendant. | § § § § § § § § § § § § § § <br><br> Civil Action No. 2:17-CV-00017 |

## [~~PROPOSED~~] ORDER

Pending before this Court is the Parties' Stipulation and Settlement Agreement ("Stipulation"). Having considered the Parties' Stipulation, and having found that the Parties' Settlement Agreement is fair and equitable, the Court determines that the Parties' Stipulation should be GRANTED in all respects. Therefore, the Court ORDERS that the Parties' settlement is approved and that this action as to Plaintiffs is dismissed in its entirety, with prejudice, the parties to bear their own costs, expenses and attorneys' fees.

Signed on this _____ day of 10/20/17 , 2017.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1